IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CICHONKE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 14-4243 |
| BRISTOL TOWNSHIP, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 25th day of *March*, 2015, upon consideration of the Motion to Dismiss by Defendants Bristol Township, William McCauley, and Scott Swichar (Docket No. 12), Plaintiff's Response in Opposition (Docket No. 13), Defendants' Reply (Docket No. 14), and Plaintiff's Sur-reply (Docket No. 15), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. As to Counts II, III, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, and XX of the Amended Complaint, the Motion is **DENIED**;

2. As to Counts I, IV, V, and VI of the Amended Complaint, the Motion is **GRANTED** and those claims are **DISMISSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.