IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CICHONKE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-4243 |
| BRISTOL TOWNSHIP, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *14th* day of *December*, 2015, upon consideration of the Motion for Summary Judgment by Defendants Bristol Township, William McCauley, and Scott Swichar (Docket No. 24), Plaintiff's Response in Opposition (Docket No. 26), Defendants' Reply (Docket No. 28), and Plaintiff's Sur-reply (Docket No. 29), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. As to those aspects of Counts Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen concerning the "second certification" and the allegations regarding comments of "just" trigeminal neuralgia, the Motion is **GRANTED**;

2. As to Counts Eighteen, Nineteen, and Twenty, the Motion is **GRANTED**;

3. As to Counts Two, Three, Seven, all remaining aspects of Counts Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen, Count Seventeen, and the punitive damages claims in connection with Counts Two and Three, the Motion is **DENIED**.

4. A **STATUS CONFERENCE** will be held on <u>Monday, December 21, 2015 at 10:00 a.m.</u> in the Chambers of the Undersigned.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.